# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ___ D.C.

05 OCT 20 AM 11:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:03CR20446-01-M1

CHARLES JOHNSON, JR.
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Charles Johnson, was represented by Sheila Brown, Esq.

It appears that the defendant, who was convicted on August 31, 2004 in the above styled cause and was placed on Supervised Release for a period of one (1) year, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of nine (9) months.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

The defendant is remanded to the custody of the U.S. Marshal.

Signed this the __19__ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 03/16/1983
U.S. Marshal No.: 18725-076
Defendant's Mailing Address: 1360 Southwind, #5, Memphis, TN 38116

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:03-CR-20446 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT